DEFENDANT: Britne Schneider

YOB: 1997

ADDRESS (CITY/STATE): 1111 Bonforte Blvd, Apt 311, Pueblo, CO 81001

OFFENSE(S): Title 18, U.S.C. § 3

LOCATION OF OFFENSE (COUNTY/STATE): Boulder County, Colorado

PENALTY:  NMT 10 years' imprisonment; NMT $250,000 fine, or both; NMT 5 years' supervised release; $100 special assessment.

AGENT:  TFO Doug Parker ,
         FBI Rocky Mountain Safe Streets Task Force

AUTHORIZED BY:  Brian Dunn
                 Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

  X    five days or less        _____ over five days      _____ other

THE GOVERNMENT

  X    will seek detention in this case     _____ will **not** seek detention in this case

The statutory presumption of detention is or **is not** applicable to this defendant.